**ORDERED in the Southern District of Florida on October 2, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 26-00101-CLC |
| Numale Corporation, | Miscellaneous Proceeding[1] |
| Debtor. | |

_____________________________________/

**ORDER (I) SCHEDULING HEARING ON MOTIONS TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER; AND (II) SETTING DEADLINE FOR RESPONSIVE PLEADINGS**

THIS MATTER came before the Court without a hearing on the Motion to Quash Subpoenas (Dkt. No. 1) and Motion for Protective Order (Dkt. No. 2) (collectively, the "Motions") by Quintairos, Prieto, Wood & Boyer, P.A., Eric Boyer, and Edward Brieto. The Court, having reviewed the Motions, and finding good cause to exist, it is hereby

ORDERED and ADJUDGED that:

---

[1] The underlying proceeding is in the United State Bankruptcy Court for the District of Nevada, Lead Case No. 25-10341-nmc (Chapter 11).

1. The Court shall conduct a hearing on the Motions on **October 21, 2026 at 10:00 a.m.** at the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Courtroom 7, Miami, FL 33128.

2. Parties wanting to file responsive pleadings must do so by **October 13, 2026**.

###

Copies furnished to:

Gregory E. Garmin, Esq.
Garman Turner Gordon LLP
7251 Amigo St. Suite 210
Las Vegas, NV 89119

Attorney Garmin is hereby directed to serve a copy of this order to all interested parties that are not registered to receive notice via CM/ECF and file a conforming certificate of service.