UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*Underlying proceeding: United States Bankruptcy Court for the District of Nevada, Lead Case No. 25-10341-nmc (Chapter 11)*

In re:

NUMALE CORPORATION, et al.,

Debtors.
______________________________________/

*Miscellaneous Proceeding*
Case No. 26-00101-CLC

# MOTION TO APPEAR PRO HAC VICE

I, Luis Salazar ("**Local Counsel**"), move this Court to admit *pro hac vice* Alex L. Fugazzi ("**Visiting Attorney**"), an attorney admitted to practice in the State of Nevada, and currently in good standing in the Supreme Court of Nevada, United States Court of Appeals for the Ninth Circuit, and the United States District Court for the District of Nevada, as counsel for Quintairos, Prieto, Wood & Boyer, P.A., Eric Boyer, and Eddie Prieto (collectively, the "**Clients**") based on the attached Visiting Attorney's Declaration and the following certifications:

1. Local Counsel is a member in good standing of the bar of the United States District Court for the Southern District of Florida, qualified to practice in this Court, and a registered user of CM/ECF in this Court.

2. Local Counsel will remain responsible for this representation and, even if Visiting Attorney becomes a registered user of CM/ECF, Local Counsel will:

(a) review every document filed with the Court on the Clients' behalf;

(b) include Local Counsel's signature block – together with Visiting Attorney's signature block – on every document filed with the Court on the Clients' behalf;

(c) unless excused by the Court, attend all hearings that Visiting Attorney attends on the Clients' behalf; and

(d) not withdraw or otherwise cease serving as local counsel for the Clients unless and until successor local counsel has appeared.

WHEREFORE, Local Counsel respectfully requests that the Court admit Visiting Attorney

as pro hac vice counsel for Clients in this case.

Dated: October 5, 2026

Respectfully submitted,

**COLE SCHOTZ, P.C.**
*Attorneys for the Debtor Quintairos, Prieto, Wood & Boyer, P.A., Eric Boyer, and Eddie Prieto*
Brickell City Tower
80 SW 8th Street, Suite 1900
Miami, FL 33130
Telephone: 305-374-4848
Facsimile: 305-503-6976
Email: lsalazar@coleschotz.com
Secondary Email: Alee-Sin@coleschotz.com
Secondary Email: CS-eservice-miami@coleschotz.com

By: */s/ Luis Salazar*
Luis Salazar
Florida Bar No. 147788

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record and interested parties authorized to receive Notices of Electronic Filing generated by CM/ECF.

*/s/ Luis Salazar*
Luis Salazar

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*Underlying proceeding: United States Bankruptcy Court for the District of Nevada, Lead Case No. 25-10341-nmc (Chapter 11)*

In re:

NUMALE CORPORATION, et al.,

Debtors.
_______________________________/

*Miscellaneous Proceeding*
Case No. 26-00101-CLC

**DECLARATION OF VISITING ATTORNEY**

I, Alex L. Fugazzi, declare as follows:

1. I am a member in good standing of the bar of the State of Nevada (Bar No. 9022). I am a member in good standing of the bar of the Supreme Court of Nevada, United States Court of Appeals for the Ninth Circuit, and the United States District Court for the District of Nevada, but am not admitted to the bar of the United States District Court for the Southern District of Florida.

2. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

3. I hereby request authority to appear pro hac vice in this case and in any related proceeding on behalf of Quintairos, Prieto, Wood & Boyer, P.A., Eric Boyer, and Eddie Prieto (collectively, the "**Clients**").

4. I designate Luis Salazar ("**Local Counsel**"), who is qualified to practice in this court, as local counsel for the Clients.

5. I understand that even if I become a registered user of CM/ECF, Local Counsel must:

(a) review every document filed with the Court on the Clients' behalf;

(b) include their signature block – together with my signature block – on every document filed with the Court on the Clients' behalf;

(c) unless excused by the Court, attend all hearings that I attend on the Clients' behalf; and

(d) not withdraw or otherwise cease serving as local counsel for the Clients unless and until successor local counsel has appeared.

6. I have read and will remain familiar with the Local Rules of the United States Bankruptcy Court for the Southern District of Florida, and I agree to be bound by those rules and by the Rules Regulating the Florida Bar, while appearing in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 28, 2026

Alex L. Fugazzi
Nevada Bar No. 9022
Snell & Wilmer, L.L.P.
1700 South Pavilion Center Drive, # 700
Las Vegas, NV 89135
Telephone: (702) 784-5202
Email: afugazzi@swlaw.com