UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

NUMALE CORPORATION, *et al.*,

Debtors.
_______________________________/

Case No. 26-00101-CLC

*Miscellaneous Proceeding*[1]

**MOTION TO APPEAR PRO HAC VICE**

Jordi Guso ("Local Counsel") moves to admit *pro hac vice* Gregory E. Garman of the law firm Garman Turner Gordon LLP ("Visiting Attorney") as counsel for Michael Carmel, Trustee of the NuMale Liquidating Trust ("Client"), based on the attached Visiting Attorney's Declaration and the following certifications:

1. Local Counsel is a member in good standing of the bar of the United States District Court for the Southern District of Florida and a registered user of CM/ECF in this Court.

2. Local Counsel will remain responsible for this representation and, even if Visiting Attorney becomes a registered user of CM/ECF, Local Counsel will:

(a) review every document filed with the Court on Client's behalf;

(b) include Local Counsel's signature block – together with Visiting Attorney's signature block – on every document filed with the Court on Client's behalf;

(c) unless excused by the Court, attend all hearings that Visiting Attorney attends on Client's behalf; and

(d) not withdraw or otherwise cease serving as local counsel for Client unless and until successor local counsel has appeared.

[1] The underlying proceeding is in the United States Bankruptcy Court for the District of Nevada, Lead Case No. 25-10341-nmc (Chapter 11).

**WHEREFORE**, Local Counsel respectfully requests that the Court admit Visiting Attorney as *pro hac vice* counsel for Client in this case.

Dated: October 13, 2026

Respectfully submitted,

BERGER SINGERMAN LLP
*Attorneys for Michael Carmel, Trustee of the NuMale Liquidating Trust*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: *<u>/s/ Jordi Guso</u>*
Jordi Guso
Florida Bar No. 863580
jguso@bergersingerman.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 13, 2026, a true and correct copy of the foregoing was served by electronic transmission through the Court's CM/ECF system upon all parties listed on the CM/ECF Service List below.

By: *<u>/s/ Jordi Guso</u>*
Jordi Guso

**CM/ECF Service List**

- **Luis Salazar** lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;JCeide@coleschotz.com;Alee-sin@coleschotz.com;DFernandez@coleschotz.com;EVazquez@coleschotz.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

NUMALE CORPORATION, *et al.*,

Debtors.

______________________________/

Case No. 26-00101-CLC

*Miscellaneous Proceeding*[2]

**DECLARATION OF VISITING ATTORNEY**

I, Gregory E. Garman, of the law firm Garman Turner Gordon LLP declare as follows:

1. I am a member in good standing of the bar of the State of Nevada (Bar No. 6654). I am a member in good standing of the bar of the Nevada Supreme Court (1998), United States Court of Appeals for the Ninth Circuit (2011), and the United States District Court for the District of Nevada (1998).

2. I have never been disbarred and am not currently suspended from practicing law in Florida, any other state, or any federal court.

3. I designate Jordi Guso as local counsel ("Local Counsel") for Michael Carmel, Trustee of the NuMale Liquidating Trust ("Client").

4. I understand that even if I become a registered user of CM/ECF, Local Counsel must:

(a) review every document filed with the Court on Client's behalf;

(b) include their signature block – together with my signature block – on every document filed with the Court on Client's behalf;

(c) unless excused by the Court, attend all hearings that I attend on Client's behalf; and

[2] The underlying proceeding is in the United States Bankruptcy Court for the District of Nevada, Lead Case No. 25-10341-nmc (Chapter 11).

(d) not withdraw or otherwise cease serving as local counsel for Client unless and until successor local counsel has appeared.

5. I have read and will remain familiar with the Local Rules of the United States Bankruptcy Court for the Southern District of Florida, and I agree to be bound by those rules and by the Rules Regulating the Florida Bar, while appearing in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

October 13, 2026

Gregory E. Garman, Esq.
Nevada Bar No. 6654
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone: 725.777.3000
Email: Ggarman@Gtg.legal