**ORDERED in the Southern District of Florida on October 14, 2026.**

Corali Lopez-Castro, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

NUMALE CORPORATION, *et al.*,

Debtors.
_______________________________/

Case No. 26-00101-CLC

*Miscellaneous Proceeding*[1]

**ORDER ADMITTING ATTORNEY *PRO HAC VICE***

Upon consideration of the *Motion to Appear Pro Hac Vice* (Dkt. No. 5) (the "Motion") filed by Jordi Guso as local counsel ("Local Counsel") seeking to admit *pro hac vice* Gregory E. Garman of the law firm Garman Turner Gordon LLP ("Visiting Attorney") as counsel for Michael Carmel, Trustee of the NuMale Liquidating Trust ("Client"), together with the Visiting Attorney's declaration, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

---

[1] The underlying proceeding is in the United States Bankruptcy Court for the District of Nevada, Lead Case No. 25-10341-nmc (Chapter 11).

2. Gregory E. Garman of the law firm Garman Turner Gordon LLP is admitted *pro hac vice* to practice in this Court in this case, any related jointly administered case, and any related adversary proceeding, on behalf of Michael Carmel, Trustee of the NuMale Liquidating Trust.

3. Visiting Attorney may apply to become a registered user of CM/ECF in accordance with applicable CM/ECF procedures.

4. Whether or not Visiting Attorney becomes a registered user of CM/ECF, Local Counsel must:

(a) review every document filed with the Court on Client's behalf;

(b) include their signature block – together with the signature block of Visiting Attorney – on every document filed with the Court on Client's behalf;

(c) unless otherwise ordered, attend all hearings that Visiting Attorney attends on Client's behalf; and

(d) not withdraw or otherwise cease serving as Local Counsel for Client unless and until successor local counsel has appeared.

# # #

Submitted by:
Jordi Guso, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: jguso@bergersingerman.com

*Copies furnished to all parties of record via CM/ECF.*