**ORDERED in the Southern District of Florida on October 20, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

*Underlying proceeding: United States Bankruptcy Court for the District of Nevada,*
*Lead Case No. 25-10341-nmc (Chapter 11)*

In re:

NUMALE CORPORATION, et al.,

Debtors.
______________________________________/

*Miscellaneous Proceeding*
Case No. 26-00101-CLC

**ORDER ADMITTING ATTORNEY PRO HAC VICE**

Upon consideration of the *Motion to Appear Pro Hac Vice* (Dkt. No. 4) filed by Luis Salazar ("**Local Counsel**") seeking to admit pro hac vice Alex L. Fugazzi ("**Visiting Attorney**") as counsel for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Edward Prieto (collectively, the "**Clients**"), together with the Visiting Attorney's declaration, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. Alex L. Fugazzi is admitted pro hac vice to practice in this Court in this case, any related jointly administered case, and any related adversary proceeding, on behalf of the Clients.

3. Visiting Attorney may apply to become a registered user of CM/ECF in accordance with applicable CM/ECF procedures.

4. Whether or not Visiting Attorney becomes a registered user of CM/ECF, Local Counsel must:

(a) review every document filed with the Court on Clients' behalf;

(b) include their signature block – together with the signature block of Visiting Attorney – on every document filed with the Court on Clients' behalf;

(c) unless otherwise ordered, attend all hearings that Visiting Attorney attends on Clients' behalf; and

(d) not withdraw or otherwise cease serving as local counsel for the Clients unless and until successor local counsel has appeared.

# # #

Submitted by:

Luis Salazar, Esq.
COLE SCHOTZ P.C.
Brickell City Tower
80 SW 8th Street, Suite 1900
Miami, FL 33130
Telephone: 305.374.4848
Email: lsalazar@coleschotz.com
Secondary Email: alee-sin@coleschotz.com

*Copies furnished to all parties of record via CM/ECF.*