**ORDERED in the Southern District of Florida on October 23, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

*Underlying proceeding: United States Bankruptcy Court for the District of Nevada,*
*Lead Case No. 25-10341-nmc (Chapter 11)*

In re:

NUMALE CORPORATION, et al.,

Debtors.
______________________________________/

*Miscellaneous Proceeding*
Case No. 26-00101-CLC

**ORDER DENYING AS MOOT (I) MOTION TO QUASH SUBPOENAS AND (II) MOTION FOR PROTECTIVE ORDER**

THIS MATTER came before the Court upon the *Motion to Quash Subpoenas* [Dkt No. 1] and *Motion for Protective Order* [Dkt No. 2] (together, the "**Motions**") filed by Quintairos, Prieto, Wood & Boyer, P.A. ("**QPWB**"), Eric Boyer, and Edward Prieto (collectively, the "**Movants**"), directed to the subpoenas issued to the Movants by Michael Carmel, the Liquidating Trustee of the NuMale Liquidation Trust (the "**Trustee**"), pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 and the Rule 2004 Orders entered in the underlying chapter 11 cases (the "**Subpoenas**").

The Court finds that it has jurisdiction to determine the Motions. Federal Rule of Civil Procedure 45, made applicable by Federal Rules of Bankruptcy Procedure 2004(c) and 9016,

provides that a motion to quash or modify a subpoena is to be determined by "the court for the district where compliance is required." Fed. R. Civ. P. 45(d)(3). Each of the Subpoenas commanded compliance in Miami, Florida, within the Southern District of Florida. Accordingly, this Court is the proper court to hear the Motions.

The Trustee has withdrawn all three Subpoenas, and no live controversy remains as to the relief requested in the Motions. Accordingly, the Court, having reviewed the Motions and the record, and being otherwise fully advised, it is

**ORDERED** that:

1. The Motions [Dkt Nos. 1 and 2] are **DENIED AS MOOT**.

2. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

# # #

Submitted by:

Luis Salazar, Esq.
Cole Schotz P.C.
Brickell City Tower
80 SW 8th Street, Suite 1900
Miami, Florida 33130
Telephone: (305) 374-4848
Email: LSalazar@coleschotz.com
Email: CS-Eservice-Miami@coleschotz.com

*Attorney Salazar is directed to serve a copy of this Order on all interested parties and file a certificate of service.*